# Court of Appeals
# of the State of Georgia

ATLANTA, _December 30, 2015_

*The Court of Appeals hereby passes the following order:*

## A16E0019.   ARCHIBALD HILL, III v. GEORGIA DEPARTMENT OF HUMAN SERVICES et al.

On December 17, 2015, Archibald Hill filed an emergency motion for writ of supersedeas with this Court under our Rule 40 (b).  On that same date, we dismissed Hill's motion for failure to support his motion with signed and stamped "filed" copies of the pertinent motions, notices and orders purportedly filed in the trial court.

On December 28, 2015, Hill filed a motion styled as a motion for reconsideration of our December 17, 2015 dismissal order, which he has supported by attaching as exhibits stamped "filed" copies of his motion/application for supersedeas, the trial court's order denying his motion, a notice of appeal stamped "filed" December 21, 2015, and an amended application for appellate review filed on that same date.  Although it appears that our dismissal of his original emergency motion for supersedeas was proper for the reasons stated in our dismissal order, and that Hill's current motion, which is supported by new exhibits, should properly be treated as a new emergency motion for supersedeas, we will exercise our discretion and rule on Hill's motion as filed.  Further, because Hill has now shown that supersedeas is appropriate under OCGA §§ 5-6-13 and 5-6-34, his motion for reconsideration and motion for supersedeas are hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 12/30/2015 _*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , Clerk.